# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Byron Charles Peay**            Docket No. 5:20-CR-272-1D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Haley Allison Huntley, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Byron Charles Peay, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 24th day of June, 2020.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On or about March 11, 2021, the defendant committed the offense of Possession of More Than One-Half Ounce of Marijuana but Not More Than One and One-Half Ounces of Marijuana and Rear Lamps Violation in Sanford, NC (21CR700664).

**PRAYING THAT THE COURT WILL ORDER** that a bond hearing be scheduled to determine if the defendant's bond should be revoked.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Haley Allison Huntley<br>Haley Allison Huntley<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2533<br>Executed On: March 15, 2021 |

### ORDER OF THE COURT

Considered and ordered on March 16, 2021. It is further ordered that this document shall be filed and made a part of the records in the above case.

_____
Robert T. Numbers, II
United States Magistrate Judge