IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-00272-D

**United States of America**,

v.

**Byron Charles Peay**,

        Defendant.

**Order**

The court held a hearing on a motion to revoke Defendant Byron Charles Peay's pretrial release. After considering the arguments presented at the hearing, the court modifies Peay's conditions of release to include a curfew. He is restricted to his residence as directed by the United States Probation Office or his supervising officer. All other conditions remain the same.

Dated: March 21, 2021

_____
Robert T. Numbers, II
United States Magistrate Judge